JONATHAN R. BASS (State Bar No. 75779)
SUSAN K. JAMISON (State Bar No. 131867)
MARIO A. MOYA (State Bar No. 262059)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jrb@cpdb.com,
ef-skj@cpdb.com,
ef-mam@cpdb.com

Attorneys for Defendant WAUKEEN Q. McCOY

(additional counsel on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO and CHARLOTTE BOSWELL,<br><br>Plaintiffs,<br><br>v.<br><br>WAUKEEN McCOY, KAY M. PARKER, and MICHAEL DAVIS,<br><br>Defendants. | Case No. CV 09-0485 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE ON DEFENDANT McCOY'S MOTION TO STAY AND COMPEL ARBITRATION**<br><br>Hon. Susan Illston |

Pursuant to Local Rules 6.2 and 7.12, Defendant Waukeen Q. McCoy and Plaintiffs Edward Alvarado and Charlotte Boswell, by and through their undersigned counsel, hereby stipulate and agree that the hearing on Defendant Waukeen Q. McCoy's motion to stay and to compel arbitration be set for 10:00 a.m. on June 16, 2009.

**IT IS SO STIPULATED.**

13676.002.1146224v1

1

Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE ON DEFENDANT McCOY'S MOTION TO STAY AND COMPEL ARBITRATION**

| | | |
|---|---|---|
| 1 | DATED: May 29, 2009 | COBLENTZ, PATCH, DUFFY & BASS LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Mario A. Moya |
| 5 | | Attorneys for Defendant WAUKEEN Q. McCOY |
| 6 | | |
| 7 | DATED: May 29, 2009 | LAW OFFICES OF STEPHEN M. MURPHY |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | Stephen M. Murphy |
| 11 | | Attorneys for Plaintiffs EDWARD ALVARADO and CHARLOTTE BOSWELL |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2009

By: _____
Hon. SUSAN Y. ILLSTON
United States District Judge
Northern District of California

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13676.002.1146224v1        2        Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE ON DEFENDANT McCOY'S MOTION TO STAY AND COMPEL ARBITRATION**

ATTESTATION PER GENERAL ORDER 45, § X.B.

I hereby attest that Stephen M. Murphy, counsel for Plaintiff, concurs in the filing of this document, and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: May 29, 2009     COBLENTZ, PATCH, DUFFY & BASS LLP


By: /s/_____
    Mario A. Moya

    Attorneys for Defendant
    WAUKEEN Q. McCOY

13676.002.1146224v1        3        Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE ON DEFENDANT McCOY'S MOTION TO STAY AND COMPEL ARBITRATION**