JONATHAN R. BASS (State Bar No. 75779)
MARIO A. MOYA (State Bar No. 262059)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jrb@cpdb.com,
       ef-mam@cpdb.com

Attorneys for WAUKEEN Q. McCOY

(additional counsel on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | Case No. C 04-0098-SI; 04-0099-SI |
| Plaintiffs, | Case No. 09-485-SI |
| v. | |
| FEDEX CORPORATION d/b/a/ FEDEX EXPRESS, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7-7(a)** |
| Defendant. | |
| EDWARD ALVARADO and CHARLOTTE BOSWELL, | Hearing Date: April 30, 2010<br>Time:         9:00 a.m.<br>Courtroom:    10 (19th Floor)<br>Judge:        Honorable Susan Illston |
| Plaintiffs, | |
| v. | |
| WAUKEEN McCOY, KAY M. PARKER, and MICHAEL DAVIS, | |
| Defendants. | |

No. C 04-0098-SI; 04-0099-SI / No. 09-0485-SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7-7(a)**

**STIPULATION**

Pursuant to Civil Local Rule 7-7(a), Plaintiffs Edward Alvarado and Charlotte Boswell, and Defendants Waukeen Q. McCoy and Kay M. Parker, by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, no trial date is currently set in this case;

WHEREAS, no scheduling order has been issued in this case;

WHEREAS, the hearing date on Plaintiffs' motion for summary judgment is currently scheduled for April 30, 2010;

WHEREAS, the deadline for filing an opposition to Plaintiffs' motion for summary judgment has not yet lapsed;

WHEREAS, no defendant has filed an opposition to Plaintiffs' motion for summary judgment;

WHEREAS, after meeting and conferring with Plaintiffs' counsel and counsel for Defendant Parker, Defendant McCoy has agreed to re-notice the depositions of Plaintiffs Alvarado and Boswell for Wednesday April 7 and Monday April 12, respectively;

WHEREAS, Defendant has also requested the production of certain documents and materials at the Plaintiffs' depositions;

WHEREAS, extending the hearing date on Plaintiffs' motion for summary judgment by one week will not alter any other court dates set in this matter;

NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE as follows:

1. The hearing date on Plaintiffs' motion for summary judgment shall be extended from April 30, 2010 to <u>May 7, 2010 at 9 a.m.</u>, or a hearing date at the Court's convenience.

2. Defendants' oppositions and Plaintiffs' reply to the motion for summary judgment shall be filed in accordance with Rule 56 and Civil Local Rules 7-3 and 56-1 with reference to the new hearing date.

/ / /

/ / /

/ / /

13676.002.1394467v1                                   1                         No. C 04-0098-SI; 04-0099-SI / No. 09-0485-SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7-7(a)**

1     3.    Nothing in this Stipulation shall waive Defendant McCoy's rights to seek relief pursuant to Rule 56(f), should the discovery described above remain outstanding despite his diligence.

**IT IS SO STIPULATED.**

DATED: April 1, 2010    COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/ Mario A. Moya
Mario A. Moya
Attorneys for WAUKEEN Q. McCOY

DATED: April 1, 2010    LAW OFFICES OF STEPHEN M. MURPHY

By: /s/ Stephen M. Murphy
Stephen M. Murphy
Attorneys for Plaintiffs Edward Alvarado and Charlotte Boswell

DATED: April 1, 2010    ROSEN, BIEN & GALVAN, LLP

By: /s/ Kenneth Walczak
Kenneth Walczak
Attorneys for Defendant Kay M. Parker

**IT IS SO ORDERED**

DATED: April ___, 2010

_____
Hon. Susan Illston
United States District Judge
Northern District of California

<u>ATTESTATION PER GENERAL ORDER 45, § X.B.</u>

I hereby attest that Stephen Murphy, counsel for Plaintiffs, and Kenneth Walczak, counsel for Defendant Kay M. Parker, concur in the filing of this document, and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: April 1, 2010				COBLENTZ, PATCH, DUFFY & BASS LLP


						By:	/s/ Mario A. Moya
							Mario A. Moya
							Attorneys for WAUKEEN Q. McCOY

13676.002.1394467v1      3      No. C 04-0098-SI; 04-0099-SI / No. 09-0485-SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7-7(a)**