**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al*, | No. C 09-485 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WAUKEEN McCOY, *et al.*, | |
| Defendants. | |

In an order filed September 27, 2010, the Court ruled on the parties' motions for summary judgment and declined jurisdiction over the remaining claims for declaratory relief. Judgment is entered accordingly.

**IT IS SO ADJUDGED.**

Dated: September 27, 2010

SUSAN ILLSTON
United States District Judge